# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MATHEW BERNARD GRINBERG,**

    **Plaintiff,**

v.                                     Case No.  8:05-cv-1549-T-30MSS

**ATEX MEDIA COMMAND, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #11).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2005.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-1549.dismissal.wpd